Court of Appeals
 First District
 301 Fannin Street
 Houston, Texas 77002-2066

Sherry Radack
 Chief Justice

Terry Jennings
Evelyn Keyes
Laura Carter Higley
Jane Bland
Michael Massengale
Harvey Brown
Rebeca Huddle
Russell Lloyd
 Justices
 
 Christopher A. Prine
 Clerk of the Court

Janet Williams
 Chief Staff Attorney

Phone: 713-274-2700
Fax: 713-755-8131

 www.txcourts.gov/1stcoa.aspx
 
 
 

Marsha Zummo
P. O. Box 4
Chappell Hill, TX 77426

RE: Court of Appeals Number: 01-14-00360-CV 
Trial Court Case Number: 35476

Style: George M. Bishop, et al

 v. Chappell Hill Service Company, LLC and High Meadows Land & Cattle, LLC

This is to acknowledge your communication received December 8, 2015, with reference to your direct appeal. 

The enclosed check #852 is being returned to you. Any costs should be paid directly to the opposing party.

Very truly yours,

Christopher A. Prine
Clerk of the Court